CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

*Attorneys for Federal Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | CASE NO. 3:25-cv-04161-TLT <br><br> **STIPULATION TO STAY CASE; [PROPOSED] ORDER** |

Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel of record, hereby stipulate as follows:

1. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the USDA. The date when funding will be restored by Congress has not been established.

2. Defendant has conveyed the following to Plaintiff:

    a. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys (and employees of USDA) are prohibited from working,

even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

      b.      Undersigned counsel will be furloughed for the duration of the lapse in appropriations.

      c.      In addition, the work of employees from the USDA is also necessary. If the requested stay is denied, the work needed from the USDA may not be possible.

3. The parties therefore request a stay of all deadlines in this case until Congress has restored appropriations to the Department of Justice and the government shutdown ends. The parties further request that all deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

4. If this stay is granted, counsel for the United States will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO STIPULATED.

DATED: October 1, 2025                     Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney
Counsel for Federal Defendant

DATED: October 1, 2025                     Respectfully submitted,

PATRICK WOOLSEY

*/s/ Patrick Woolsey*
Patrick Woolsey
Joshua Smith
Attorneys for Plaintiff Sierra Club

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. This case is hereby STAYED until after the shutdown of the federal government has ended and appropriations to the Department of Justice have been restored;

2. All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations; and

3. The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED:

_____
HON. TRINA L. THOMPSON
United States District Judge